## LEONARD v. JOHNS-MANVILLE SALES CORP.

No. 396P82.

Case below: 57 N.C. App. 553.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 25 August 1982.

## PLOW v. BUG MAN EXTERMINATORS

No. 308P82.

Case below: 57 N.C. App. 159.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.

## ROBERSON v. GRIFFETH

No. 359P82.

Case below: 57 N.C. App. 227.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.

## RUTLEDGE v. TULTEX CORP.

No. 415PA82.

Case below: 56 N.C. App. 345.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 3 August 1982.

## SAINTSING v. TAYLOR

No. 406P82.

Case below: 57 N.C. App. 467.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.